UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBIE LEE SIMS, JR., | |
| Plaintiff, | Civil No. 3:09-CV-33 |
| v. | (Judge Kosik) |
| JOSEPH PIAZZA, et al., | |
| Defendants. | |

FILED
SCRANTON
MAR 3 1 2014
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 31st DAY OF MARCH, 2014, IT IS HEREBY ORDERED THAT:

[1] The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated June 26, 2013 (Doc. 204) is **ADOPTED** in part, for the reasons stated in the attached Memorandum;

[2] Defendants' Second Motion for Summary Judgment (Doc. 170) is **GRANTED**;

[3] Judgment is entered in favor of Defendants and against the Plaintiff; and

[4] The Clerk of Court is further directed to **CLOSE** this case and to **FORWARD** the Memorandum and Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge